Roy Lee Rucker
v.
Fed Ex Ground

Roy Lee Rucker
v
Fed Ex Ground

**S. THOMAS ANDERSON**

**TU M. PHAM**